JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JINGLES PROPERTY GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation authorized to do business in California and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.: CV 25-11207-GW-PVCx<br><br>[Assigned to: District Judge George H. Wu / Magistrate Judge Pedro V. Castillo]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having come before the Court on the Stipulation of Dismissal with Prejudice between Plaintiff Jingles Property Group, LLC and Defendant Travelers Casualty Insurance Company of America, and the Court having reviewed the pleadings and being otherwise fully advised in the premises;

FINDS, that Plaintiff Jingles Property Group, LLC and Defendant Travelers Casualty Insurance Company of America have represented that all matters alleged in the Complaint have been fully and finally resolved;

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's Complaint and all causes of action contained therein against Travelers Casualty Insurance

Company of America be and are hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: August 26, 2026

HON. GEORGE H. WU,
United States District Judge